IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 17-00093 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND VACATING HEARING** |
| MARCUS ETIENNE and ELIZABETH GOBERT, | |
| Defendants. | |

In light of the superseding indictment and impending extradition of co-defendants Craig Marshall and Mario Robinson, the August 15 status hearing in **HEREBY VACATED**.

**IT IS SO ORDERED.**

Dated: August 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE