IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARCUS ETIENNE, ELIZABETH GOBERT, CRAIG MARSHALL, and MARIO ROBINSON

    Defendants.

No. CR 17-00093 WHA

**ORDER CONTINUING HEARING AND REQUIRING CRITIQUE OF SCHEDULING ORDER**

    The Court is in receipt of the parties' stipulation to continue tomorrow's hearing. The stipulation is hereby **GRANTED** and the parties' hearing is continued to **DECEMBER 5, 2017, AT 2:00 P.M.** Furthermore, pursuant to the parties' stipulation and in the interest of justice, time is excluded from November 14, 2017 until December 5, 2017.

    Nevertheless, the parties shall review the tentative scheduling order and submit any comments or critiques by **FRIDAY, NOVEMBER 17, AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE